# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0158
_____

ALEXIS TOUCHTON-WILLIAMS,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

July 9, 2025

PER CURIAM.

The Court reviewed Appellant's response provided to institutional officials for mailing on February 24, 2025. Although Appellant presented personally compelling reasons for not timely bringing this appeal, the Court must dismiss a civil appeal that does not timely invoke its jurisdiction. This disposition is without prejudice to Appellant's right to seek relief in the circuit court. *See Brown v. State*, 708 So. 2d 1041 (Fla. 1st DCA 1998). DISMISSED.

LEWIS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Alexis Touchton-Williams, pro se, Appellant.

Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.